UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DZHULIYA DASHTAMIROVA,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | No. 1:23-cv-681-ABJ |

**NOTICE**

The parties file this Notice to inform the Court that they have reached an agreement-in-principle to settle this matter. They will work in good faith to finalize the agreement prior to the August 21 deadline for the conclusion of the mediation period. By that date, they will inform the Court of the status of those efforts, consistent with its May 24, 2023 Minute Order.

Dated: July 21, 2023

                                                  Respectfully submitted,

                                                  */s/ Michael Perloff*
                                                  Michael Perloff (D.C. Bar No. 1601047)
                                                  Scott Michelman (D.C. Bar No. 1006945)
                                                  Arthur B. Spitzer (D.C. Bar No. 235960)
                                                  American Civil Liberties Union Foundation
                                                    of the District of Columbia
                                                  915 15th Street NW, Second Floor
                                                  Washington, DC 20005
                                                  (202) 457-0800
                                                  mperloff@acludc.org

                                                  *Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

<u>/s/ *James R. Whitman*</u>
JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-4271
Tel:   (202) 616-4169
Fax:   (202) 616-4314
E-mail: james.whitman@usdoj.gov

*Attorneys for the United States*